# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 11-3293

_____

| | | |
|---|---|---|
| Arizona Logan, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| T. C. Outlaw, Warden, FCI - Forrest | * | |
| City; Crystal Normant, Assistant | * | |
| Warden, FCI - Forrest City; Michel | * | [UNPUBLISHED] |
| Breckon, FCI - Forrest City; Billy | * | |
| Andrews, FCI - Forrest City; Annita | * | |
| Ford, FCI - Forrest City; Jill Dube- | * | |
| Gilley, FCI - Forrest City; Jane/John | * | |
| Does, FCI - Forrest City; USA; Brent | * | |
| Thrash, originally sued as Brandon | * | |
| Thrash, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: March 28, 2012
Filed: April 5, 2012

_____

Before MURPHY, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Arizona Logan appeals the district court's[1] denial of his motion for appointment of counsel; and its judgment dismissing his case, in part without prejudice. After careful consideration, we conclude that the court's disposition was proper and we find no abuse of discretion in the denial of counsel. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.